| | |
|---|---|
| PROB 22 (CAEP)<br>(Rev. 01/24) | **DOCKET NUMBER** *(Tran. Court)*<br>0972 2:22CR00062-01 |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Rec. Court)*<br>2:25-cr-00278-APG-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jerome Benton, Jr.<br>Nevada *(City/State only)* | E-CA | Sacramento |
| | NAME OF SENTENCING JUDGE | |
| | Chief United States District Judge Troy L. Nunley | |
| FILED 09/08/2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA | DATES OF PROBATION / SUPERVISED RELEASE<br>Supervised Release | FROM 3/13/2025 — TO 3/12/2028 |

**OFFENSE**

21 USC 841(b)(1)(A) – Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing Methamphetamine (CLASS A FELONY)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision has a strong support system and familial ties in the District of Nevada and plans to reside there for the duration of his supervised release.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  EASTERN  DISTRICT OF  CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 25, 2025
*Date*

*/s/ Troy L. Nunley*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 11, 2025
*Effective Date*

*United States District Judge*

CC:   United States Attorney

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jerome Benton

Case No.:  TO BE DETERMINED

REQUESTING ACCEPTANCE OF JURISDICTION

September 8, 2025

TO:   The Honorable United States District Judge
       District of Nevada

On January 2, 2014, Benton was sentenced in the District of New Mexico to 120 months custody, followed by five years of supervised release for committing the offense of Possession with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine. On March 13, 2025, Benton's supervision was revoked, and he was sentenced to time served, followed by three years of supervised release for the violation of Unauthorized Travel. His second term of supervised release commenced on June 5, 2025, in the District of Nevada.

Benton has resided in Nevada since commencement of his second term of supervised release. He has a strong support system and familial ties in Nevada and plans to reside here for the duration of his supervised release. It is respectfully requested that transfer of jurisdiction be accepted to the District of Nevada in order to address any violation conduct with an appropriate sanction.

Respectfully submitted,

Digitally signed by
Brianna King
Date: 2025.09.08
11:12:17 -07'00'

Brianna King
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Jerome Benton

Approved:

_____
Digitally signed by Steve Goldner
Date: 2025.09.08 10:09:01 -07'00'

Steve M Goldner
Supervisory United States Probation Officer